```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

REGINA BOSTIC,

                        Plaintiff,

        - against -


JUDGE FREDERIC BLOCK; CHASE;
VICTORIA KATZ; HUNTER FLY LP;
T-MOBILE; NEW YORK CITY DEPT.
OF PROBATION; RIKERS ISLAND;
MTA; 79TH PRECINCT; MDC WHITES,
NY NY; 500 DEKALB HUMAN
RESOURCES WAS BEATEN SECURITY
GUARDS WRONGFULLY JAILED; NYPD
NEW YORK CITY POLICE DEPARTMENT
30 RALPH AVENUE BKLYN NY 11221;
WILLIAM JENKINS 81 PRECINCT
COMMUNITY AFFAIRS; JUANITA
HOLMES HARASSMENT FROM DEPT
OF MAYOR OFFICE; and MR. HOLMES
HARASSMENT INTEREST OF OTHERS,

                        Defendants.

------------------------------------------------------------ X
```

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 30 2016 ★

BROOKLYN OFFICE

**MEMORANDUM DECISION AND ORDER**

16 Civ. 3684 (AMD) (ST)

**ANN DONNELLY**, District Judge.

On June 17, 2016, the *pro se* plaintiff, Regina Bostic, filed this case and a request to proceed *in forma pauperis*.

Under Federal Rule of Civil Procedure 11(a), every pleading must be signed. Here, because the plaintiffs are unrepresented, they must personally sign the complaint. Neither Ms.

1

Bostic nor any of the other plaintiffs named in the caption of the complaint signed the pleading, as required by the Federal Rules.[1]

On July 1, 2016, the Chief Deputy for Court Operations filed a letter on the docket informing the plaintiff that she must correct this defect and provide her address within fourteen days.[2] (ECF No. 4). The plaintiff did not appear in the Clerk's Office, and so on July 17, 2016, the Court's letter was sent to the address of record in her previous action, Bostic v. Block, 16-CV-317-AMD. On July 29, 2016, the plaintiff visited the Clerk's Office, and confirmed that she had received the letter notifying her of the deficiencies in her complaint.

As of the date of this order, the plaintiff has not responded to the Court's letter, and the time for doing so has passed. Accordingly, the action is dismissed without prejudice. Fed. R. Civ. P. 11(a) ("The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention.").

**SO ORDERED.**

s/Ann M. Donnelly

Ann M. Donnelly
United States District Judge

Dated: Brooklyn, New York
August 30, 2016

---

[1] The caption of the complaint contained the names of other plaintiffs: Jamaal Quince, Damon K. Quince, Katie Bostic, Garland Quince, Sharrkia Brent, Cai Laurien Green, but no signatures, claims, filing fee or request to proceed in forma pauperis, or addresses for any of these individuals. The deficiency notice issued by the Clerk's office to plaintiff informed her that "[e]ach plaintiff in the caption must sign the complaint and each plaintiff must complete a separate IFP application. . . ." (ECF No. 4).

[2] The complaint included an address for the plaintiff that appears to be the address for a Chase Bank in Brooklyn, New York. Consequently, the Clerk's Office did not mail the July 1, 2016 letter to this address.